UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION, | )<br>)<br>) |
| *Plaintiff*, | ) Case No. 3:18cv566-PPS<br>) |
| *v.* | )<br>) |
| DOMUS PROPERTY INVESTMENTS, LLC, | )<br>)<br>) |
| *Defendant*. | )<br>) |

**JOINT STATUS REPORT**

Plaintiff Pension Benefit Guaranty Corporation ("PBGC") and Defendant Domus Property Investments, LLC (collectively the "Parties") respectfully advise the Court that (1) the Parties anticipate that a written settlement agreement will be signed within three weeks and (2) the Parties will provide the Court with another status report on or before April 26, 2019, unless otherwise ordered by the Court.

Dated: April 5, 2019

Respectfully submitted,

/s/ Elisabeth B. Fry
KARTAR KHALSA
Deputy General Counsel
C. WAYNE OWEN, JR.
Assistant General Counsel
ELISABETH B. FRY
Attorney

PENSION BENEFIT GUARANTY CORP.
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005
Telephone: 202.326.4020, ext. 6863
Facsimile: 202.326.4112

Emails: fry.elisabeth@pbgc.gov and efile@pbgc.gov

*Attorneys for Plaintiff*

*/s/* Patrick F. Mastrian
Patrick F. Mastrian
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN 46204
Telephone:  317.916.1300
Facsimile:  317.916.9076
Email:  patrick.mastrian@ogletree.com

*Attorneys for Defendant, Domus Property Investments LLC*

2