UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION, | ) ) ) ) |
| *Plaintiff*, | ) ) Case No. 3:18cv566-PPS |
| v. | ) ) ) |
| DOMUS PROPERTY INVESTMENTS, LLC, | ) ) ) ) |
| *Defendant*. | ) ) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE
AND PROPOSED ORDER DISMISSING CASE**

IT IS HEREBY STIPULATED AND AGREED by and among all parties, through their undersigned counsel, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action is hereby DISMISSED WITHOUT PREJUDICE and without costs to any party.

Dated: May 6, 2019

Respectfully submitted,

/s/ *Elisabeth B. Fry*
KARTAR KHALSA
Deputy General Counsel
C. WAYNE OWEN, JR.
Assistant General Counsel
ELISABETH B. FRY
Attorney

PENSION BENEFIT GUARANTY CORP.
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005
Telephone: 202.326.4020, ext. 6863
Facsimile: 202.326.4112
Emails: fry.elisabeth@pbgc.gov and
efile@pbgc.gov

*Attorneys for Plaintiff*

*/s/ Patrick F. Mastrian*
Patrick F. Mastrian
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN 46204
Telephone:  317.916.1300
Facsimile:  317.916.9076
Email:  patrick.mastrian@ogletree.com

*Attorneys for Defendant, Domus Property Investments LLC*

SO ORDERED:

_____
HON. PHILIP P. SIMON

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.