## CERTIFICATE OF SERVICE

I hereby certify, that on this 6th day of May, 2019, the foregoing **Stipulation of Dismissal Without Prejudice and Proposed Order Dismissing Case** was filed using the Court's ECF system and served on all parties registered to receive notice from the Court's ECF system.

/s/ *Elisabeth B. Fry*
ELISABETH B. FRY