UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOMUS PROPERTY INVESTMENTS, LLC, )<br>)<br>Defendant. ) | Case No. 3:18-cv-566-PPS-MGG |

## **ORDER**

On May 6, 2019, the Court received the parties' Stipulation to Dismiss. [DE 17.]

ACCORDINGLY: The plaintiffs' claims are DISMISSED, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party bearing its own costs. The Clerk is directed to CLOSE this case.

SO ORDERED on May 10, 2019.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT